■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SERGIO DAVID, Appellant. [885 NYS2d 215]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Del Giudice, J.), rendered January 31, 2007, convicting him of criminal possession of a weapon in the third degree and unlawful possession of marijuana, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the verdict convicting him of, inter alia, criminal possession of a weapon in the third degree, was against the weight of the evidence. In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson,* 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's

opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Mastro, J.P., Santucci, Eng and Lott, JJ., concur.